IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

```
RICHARD JENNINGS and            )
JUNE JENNINGS,                  )
                                )
     Plaintiffs,                )
                                )    Case No. 2:09cv00117
v.                              )    Jury Demand
                                )
CITY OF SMITHVILLE, TENNESSEE,  )
                                )
     Defendant.                 )
```

**ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the stipulation before the Court, this matter is DISMISSED WITHOUT PREJUDICE.

_____
JUDGE

Approved for Entry:

_/s/Kerry Knox_____
Thomas H. Castelli, BPR# 24849
Kerry Knox, BPR# 23302
Attorneys for Plaintiff
CASTELLI & KNOX, LLP
117 South Academy Street
Murfreesboro, TN 37130
(615)896-1000


_/s/Daniel H. Rader, III (with permission)
Daniel H. Rader, III
Moore, Rader, Clift & Fitzpatrick, P.C.
46 North Jefferson Avenue
Cookeville, TN 38501


**CERTIFICATE OF SERVICE**